UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| RAJ K. PATEL, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 2:24-cv-00044-LEW |
| | ) | |
| UNITED STATES, et al., | ) | |
| | ) | |
| Defendants | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

The matter is before the Court on Magistrate Judge Nivison's Recommended Decision on Petition for Writ of Mandamus (ECF No. 5).  In his Recommended Decision, Magistrate Judge Nivison recommends the summary dismissal of Plaintiff's Petition for failure to state a claim.  Although the Recommended Decision was filed on February 14, Mr. Patel has already filed two objections to the Recommeded Decision, both of which are largely unintelligible and nonsensical, as is his Petition.

I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision.  The Recommended Decision of the Magistrate Judge is ADOPTED.  Plaintiff's Petition is summarily dismissed pursuant to the screening provision of 28 U.S.C. § 1915(e)(2)(B).

**SO ORDERED.**

Dated this 16th day of February, 2024

/s/ Lance E. Walker
UNITED STATES DISTRICT JUDGE